## RECONSIDERATION DOCKET

**93–111.** Williams v. O'Brien. *Montgomery County,* No. 12344. Reported at 72 Ohio St.3d 288, 649 N.E.2d 831. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**95–388.** Keller v. LTV Steel Co. *Stark County,* No. 94CA0275. Reported at 72 Ohio St.3d 1528, 649 N.E.2d 837. On motion for reconsideration. Motion granted and discretionary appeal allowed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissents.

**95–401.** State v. Worsencroft. *Franklin County,* No. 94APA02–262. Reported at 72 Ohio St.3d 1528, 649 N.E.2d 837. On motion for reconsideration. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**95–406.** Walter v. Bethesda Hosp., Inc. *Hamilton County,* No. C–930545. Reported at 72 Ohio St.3d 1529, 649 N.E.2d 839. On motion for reconsideration. Motion denied.